DAMON M. BROWN, County Counsel (SBN 242265)
By: JORDAN K. McCANN, Principal Deputy (SBN 307337)
Office of County Counsel, County of San Diego
1600 Pacific Highway, Room 355
San Diego, California 92101-2469
Telephone: (619) 307-2396
E-mail: Jordan.McCann@sdcounty.ca.gov

Attorneys for Defendant County of San Diego

# IN THE UNITED STATES DISTRICT COURT

# FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DS ROE, an individual; JOHN AV ROE, an individual; JOHN LJ ROE, an individual; JOHN JH ROE, an individual; JOHN DG ROE, an individual; JOHN AI ROE, an individual<br><br>    Plaintiffs,<br><br>  v.<br><br>COUNTY OF SAN DIEGO, a governmental entity; OFFICER MENDOZA, an individual; OFFICER GONZALES, an individual; OFFICER RODRIGUEZ, an individual; OFFICER CLARK, an individual; OFFICER HERNANDEZ, an individual; OFFICER RUBYOCOVA, an individual; OFFICER DELGADO, an individual; and DOES 1 – 500, inclusive<br><br>    Defendants.<br><br>AND ALL CONSOLIDATED ACTIONS | No.   **'26 CV 3197 TWR SBC**<br><br>**DEFENDANT COUNTY OF SAN DIEGO'S NOTICE OF REMOVAL OF STATE COURT ACTION PURSUANT TO 28 U.S.C. SECTION 1441(a), 28 U.S.C. SECTION 1331 (FEDERAL QUESTION), and 28 U.S.C. SECTION 1367(a) (SUPPLEMENTAL JURISDICTION)**<br><br>**JURY TRIAL DEMANDED** |

**TO THE CLERK OF THE ABOVE-ENTITLED COURT AND TO PLAINTIFFS:**

PLEASE TAKE NOTICE that Defendant County of San Diego hereby removes the state court action described below from the Superior Court of California for the County of San Diego, Central Division, to this Court.

**I.    PROCEDURAL HISTORY**

1.    On July 15, 2025, Plaintiffs John JR Roe, John EG Roe, John DC Roe, John AM Roe, John NO Roe, and John LY Roe (hereinafter, "Plaintiffs") filed a First Amended Complaint in the Superior Court of California, County of San Diego, Case No. 25CU002195C.  This case was consolidated under a lead case titled *John DS Roe, et al. v. County of San Diego, et al.*, Superior Court of California, County of San Diego, Case No. 37-2023-00013603-CU-PO-CTL.  A true and correct copy of the First Amended Complaint for *John JR Roe, et al.* is attached as Exhibit A.  A true and correct copy of the Summons and other related case-initiation documents is attached hereto as Exhibit B.

2.    The County filed a demurrer to the First Amended Complaint.  The demurrer was heard by the Honorable Matthew C. Braner on March 5, 2026, in Department C-60 of the San Diego Superior Court, Central Division.  Judge Braner sustained the demurrer and provided 45 days leave for Plaintiffs to amend.  A true and correct copy of the minute order sustaining the demurrer is attached as Exhibit C.

3.    On April 22, 2026, *John JR Roe, et al.* filed a Second Amended Complaint; this Second Amended Complaint was filed under the lead case *John DS Roe, et al. v. County of San Diego, et al.*, Superior Court of California, County of San Diego, Case No. 37-2023-00013603-CU-PO-CTL.  A true and correct copy of the Second Amended Complaint in *John JR Roe, et al.* (filed under the lead case *John DS Roe, et al.*) is attached hereto as Exhibit D.

4.    In the Second Amended Complaint, Plaintiffs named as Defendants: County of San Diego, Named Officers (in their official and personal capacity) and Does 1-500. [Ex. D.]

2

5. Plaintiffs initially served the County with the Second Amended Complaint on April 15, 2026. However, that Second Amended Complaint was rejected by the Court. [ROA Nos. 385, 387.]

6. Plaintiffs filed and served the operative Second Amended Complaint on the County on April 22, 2026. [ROA, No. 389.]

## II. JURISDICTION AND VENUE

7. Plaintiffs' Eleventh and Twelfth Claims in the Second Amended Complaint are for 42 U.S.C. § 1983. [Ex. D at ¶¶ 207-29.] Thus, this Court has original jurisdiction over this case pursuant to 28 U.S.C. § 1331, as well as removal jurisdiction pursuant to 28 U.S.C. § 1441(a).

8. Plaintiffs also assert a state law claim, the Tenth Claim (Violation of Government Code section 845.6) against the County in their Second Amended Complaint that is based on the same general set of facts as their federal claims. [Ex. D at ¶¶ 188-206.] Plaintiffs' Third Claim ("Intentional Infliction of Emotional Distress") [Ex. D at ¶¶ 110-19], Fourth Claim ("Violation of Civil Code § 52.1") [Ex. D at ¶¶ 120-29], Fifth Claim ("Gender Violence – Civil Code § 52.4") [Ex. D at ¶¶ 130-34], Sixth Claim ("Negligence") [Ex. D at ¶¶ 135-49], Seventh Claim ("Negligent Supervision") [Ex. D at ¶¶ 150-60], Eighth Claim ("Negligent Hiring and Retention") [Ex. D at ¶¶ 161-76], and Ninth Claim ("Negligent Failure to Warn, Trian, or Educate"), which is mislabeled as another Seventh Claim [Ex. D ¶¶ 177-87], all re-allege the same facts as those relied upon by the federal claims and are claims against County officers in their official capacity. [Ex. D at ¶¶ 14-20.] Thus, this Court also has supplemental jurisdiction over the state law claims pursuant to 28 U.S.C. § 1367(a).

9. Additionally, venue is proper in this Court pursuant to 28 U.S.C. § 84(d) and 28 U.S.C. § 1441(a) because this case was pending in the Superior Court of California, County of San Diego, Central Division which is located within the Southern District of California.

/ / /

3

### III.    PROCEDURAL COMPLIANCE

10.     Defendant County of San Diego filed this Notice of Removal within 30 days of Plaintiffs' service of the operative Second Amended Complaint upon them.  28 U.S.C. §1446(b)(1).

11.     A "copy of all process, pleadings, and orders served upon" Defendant County of San Diego in the state court action are attached as Exhibit A (First Amended Complaint), Exhibit B (the summons and other supporting documents), and Exhibit D (Second Amended Complaint) pursuant to 28 U.S.C. § 1446.

12.     Defendant County of San Diego will serve a copy of this Notice on Plaintiffs and will file a copy of this Notice in the Superior Court of California, County of San Diego, Central Division.

### IV.    CONCLUSION

13.     Defendant County of San Diego respectfully requests the state court action described above be removed to this Court.

DATED: May 22, 2026          DAMON M. BROWN, County Counsel

By *Jordan McCann*
     JORDAN K. McCANN, Principal Deputy
Attorneys for Defendant County of San Diego
E-mail: Jordan.McCann@sdcounty.ca.gov

4