**MINUTE ORDER OF THE UNITED STATES DISTRICT COURT**

**SOUTHERN DISTRICT OF CALIFORNIA**

Case Name: **ROE, et al. v. COUNTY OF SAN DIEGO, et al.**   Case Number: **3:26-cv-03197-CAB-AHG**

Hon. Cathy Ann Bencivengo        Ct. Deputy Lori Hernandez        Rptr Tape:  N/A

Before the Court are four related actions arising from the alleged assault and abuse of minors while in the custody of the County of San Diego.  These actions are Case Nos. 3:26-cv-2771-CAB-AHG, 3:26-cv-3197-CAB-AHG, 3:26-cv-3974-CAB-AHG, and 3:26-cv-3980-CAB-AHG.  Accordingly, the Court schedules a joint case management conference for August 6, 2026 at 2:00 PM in Courtroom 15A.

 Date:  July 27, 2026                                    Initials:  REO