UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN DS ROE, et al., Plaintiffs, v. COUNTY OF SAN DIEGO, et al., Defendants. | Case No.: 3:26-cv-3197-CAB-AHG<br><br>**ORDER GRANTING JOINT MOTION TO AMEND CASE CAPTION**<br><br>[Doc. No. 14] |

Plaintiffs John JR Roe, John EG Roe, John DC Roe, John AM Roe, John NO Roe, and John LY Roe and Defendant County of San Diego jointly move under Civil Local Rule 7.2 to correct the case caption and CM/ECF case title. [Doc. No. 14.] For good cause shown, the Court **GRANTS** the joint motion.

///

///

///

///

///

The Court **ORDERS** the Clerk of Court to: (1) replace John DS Roe, John AV Roe, John LJ Roe, John JH Roe, John DG Roe, and John AI Roe [37-2023000013603] with John JR Roe, John EG Roe, John DC Roe, John AM Roe, John NO Roe, and John LY Roe [25CU002195C]; and (2) omit the phrase “AND ALL CONSOLIDATED ACTIONS.”

It is **SO ORDERED**.

Dated: September 29, 2026

Hon. Cathy Ann Bencivengo
United States District Judge