UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN E.D. DOE, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br>Defendants. | Case No.: 3:26-cv-2771-CAB-AHG<br>Case No.: 3:26-cv-3197-CAB-AHG<br>Case No.: 3:26-cv-3974-CAB-AHG<br><br>**ORDER GRANTING JOINT MOTION APPOINTING PLAINTIFF LIAISON COUNSEL FOR CASE MANAGEMENT** |
| JOHN JR ROE, et al.,<br>Plaintiffs,<br>v.<br>COUNTY OF SAN DIEGO, et al.,<br>Defendants. | |

| | |
|---|---|
| JOHN S.P. DOE,<br><br>Plaintiff,<br><br>v.<br><br>COUNTY OF SAN DIEGO, et al.,<br><br>Defendants. | |

Before the Court is a joint motion to appoint Plaintiff Liaison Counsel for three Related Actions.[1] [3:26-cv-2771-CAB-AHG, Doc. No. 25 ("Joint Motion").] Good cause appearing, the Court **GRANTS** the Joint Motion. Stinar Lannen, PLLC (Patrick Lannen and Parker Stinar) and Abir Cohen Treyzon Salo, LLP (Boris Treyzon and Derek Braslow (pending pro hac application)) are **APPOINTED** as Plaintiff Liaison Counsel in the Related Actions, with the responsibilities and authority set forth in Paragraphs 1 through 10 of the Joint Motion, which are incorporated herein by reference.

It is **SO ORDERED**.

Dated: October 28, 2026

Hon. Cathy Ann Bencivengo
United States District Judge

[1] The three Related Actions are listed in the caption of this order. The Joint Motion included a fourth action, 3:26-cv-03980-CAB-AHG, which has been remanded to state court since the parties filed the Joint Motion.